IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00632-KAS

JEREMY SORENSON,

    Plaintiff,

v.

NICHOLAS GRAY, and
ROBERT B. ALVAREZ,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Defendants' **Opposed Motion to Strike Plaintiff's First Amended Complaint and Jury Demand Pursuant to F.R.C.P. 15** (the "Motion") [#33]. In their Motion, Defendants note Plaintiff failed to seek leave of court, as required under Federal Rule of Civil Procedure 15(a)(2), prior to filing his Amended Complaint [#32]. Rule 15(a)(2) provides that after twenty-one days following the filing of a responsive pleading, a plaintiff "may amend its pleading only with the opposing party's written consent or the court's leave."

    Defendants explain that they previously did not oppose Plaintiff's request to extend the deadline to file an Amended Complaint but did not agree to "waive the requirements" of Rule 15(a)(2). *Motion* [#33] at 1. A party cannot waive Rule 15(a)(2)'s requirements. Plaintiff did not submit Defendants' written consent to file an amended pleading, nor receive leave of court. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#33] is **GRANTED**.

    IT IS FURTHER ORDERED that Plaintiff's Amended Complaint [#32] is **STRICKEN** as unauthorized, pursuant to Federal Rule of Civil Procedure 15(a)(2).

    Dated: December 12, 2025