IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00632-KAS

JEREMY SORENSON,

    Plaintiff,

v.

NICHOLAS GRAY, and
ROBERT B. ALVAREZ,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Motion for Leave to Amend Complaint** (the "Motion") [#35]. Plaintiff notes in his Motion that Defendants oppose his request, *see id.* at 1-2, but they did not file a Response. Pursuant to D.C.COLO.LCivR 5.1(b), Plaintiff submitted a redlined copy of his Proposed Amended Complaint [#35-1] with his Motion.

    IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**. Plaintiff shall file his Amended Complaint, incorporating the amendments illustrated in his Proposed Amended Complaint [#35-1], no later than **January 20, 2026**.

    Dated: January 13, 2026