IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-00632-KAS

JEREMY SORENSON,

Plaintiff,

v.

NICHOLAS GRAY, and
ROBERT B. ALVAREZ,

Defendants.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on the parties' **Joint Motion for Entry of Protective Order** [#67] (the "Motion").

IT IS HEREBY ORDERED that the Motion [#67] is **GRANTED**. The Protective Order [67-1] supplied by the parties is accepted and entered as an Order of the Court as of the date of this Minute Order.

Dated: September 17, 2026